**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1740**

_____

In re: DAVID A. STEBBINS,

        Petitioner.

_____

On Petition for Writ of Mandamus to the United States District Court for the Southern District of West Virginia, at Charleston.  (2:24-cv-00140)

_____

Submitted:  September 19, 2024                    Decided:  September 24, 2024

_____

Before NIEMEYER, RICHARDSON, and HEYTENS, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

David A. Stebbins, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David A. Stebbins petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on Stebbins' application to proceed in forma pauperis and motion for CM/ECF access, and in conducting a review, pursuant to 28 U.S.C. § 1915, of the sufficiency of Stebbins' complaint filed in the underlying action. Stebbins seeks an order from this court directing the district court to act. The present record does not reveal undue delay in the district court. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*